UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE:

APPLICATION OF INTERNATIONAL MINERAL RESOURCES B.V. FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782

Applicant.

Case No. _____

**DECLARATION OF JONATHAN D. COGAN**

# EXHIBIT E

| | |
|---|---:|
| Possible People Information | 2 |
|     Person Overview | 2 |
|     Date of Birth Summary | 2 |
|     Name Variations | 2 |
|     Addresses | 2 |
| Possible Adverse Information | 3 |
|     Dockets | 3 |
| Possible Business & Employment | 4 |
|     Professional Licenses | 4 |
|     Work Affiliations | 4 |
| Full-Text Documents | 4 |
|     All Full-Text Documents | 4 |
| Possible Relatives & Household Members | 17 |
|     Household Records | 17 |
|     Other Address Associations | 17 |
| No Documents Found | 19 |
|     No Documents Were Found In These Sources | 19 |
| Permissible Uses | 20 |
|     Permissible Uses | 20 |

## Possible People Information

**Person Overview**

SCOTT G HORTON

230 E 71ST ST APT 2H

NEW YORK, NY 10021-5139 | NEW YORK County

**Phone Number(s):**

212-452-3322

917-216-2319

646-258-3018

**SSN:**

▇▇▇▇▇▇▇▇ - issued in NY in 1987-1988

**DOB:**

▇▇/XX/1973 (Age: 42)



**Date of Birth Summary**

| Date of Birth | Source | | |
|---|---|---|---|
| ▇▇/XX/1973 (Age: 42) | People Find | People Household #1 | People Household #2 |

**Name Variations**

| Name | Source |
|---|---|
| S HORTON | People Find |
| SCOTT HORTON | People Find |

**Addresses**

| Address |
|---|
| **230 E 71ST ST APT 2H, NEW YORK, NY 10021-5139 | NEW YORK County** |
| *Reported 01/01/2002 - 08/15/2014* |
| By Phone Records 08/15/2014 - 08/15/2014    Phone Records #1 | Phone Records #2 |
| By People Household 01/01/2002 - 11/30/2012    People Household |
| By Voters Registration    Voters Registration |
| **15 MOFFITT BLVD, EAST ISLIP, NY 11730-1718 | SUFFOLK County** |
| *Reported 01/01/1971 - 02/29/2012* |
| By People Household 01/01/1971 - 02/29/2012    People Household |

| Real Property Transactions | Real Property Foreclosure Records |
|---|---|
| Aircraft Records | Criminal & Infraction Records |
| Arrest Records | OFAC |
| Healthcare Sanctions | Lawsuit Records |
| Liens & Judgments | Bankruptcy Records |
| UCC Records | Healthcare Licenses |
| National Provider Identifier | Executive Profile |
| Executive Affiliations | Executive Bios |
| Corporate Records and Business Registrations | DMI |
| FEIN | Stock |
| Business Profile | BusFindUS |
| BusFindCanada | FBN/DBA |
| Worldbase | |

## Permissible Uses

**Permissible Uses**

DPPA - For use in connection with a civil, criminal, or arbitral legal proceeding or legal research.
GLB - NO PERMISSIBLE USE.
VOTERS - Use in connection with a non-commercial purpose.