**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

IN RE:

APPLICATION OF INTERNATIONAL MINERAL
RESOURCES B.V. FOR AN ORDER TO TAKE
DISCOVERY PURSUANT TO 28 U.S.C. § 1782

                Applicant.

Case No. _____

**DECLARATION OF JONATHAN D. COGAN**

# EXHIBIT F

# EXHIBIT F

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF INTERNATIONAL MINERAL RESOURCES B.V. FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782<br>Jan Luijkenstraat 68<br>Amsterdam,  1071CS<br>Netherlands<br><br>                Applicant. | Case No. _____ |

## DECLARATION OF TADEUSZ JARMOLKIEWICZ

Pursuant to 28 U.S.C. § 1746, I, Tadeusz Jarmolkiewicz, declare under penalty of perjury as follows:

1.      I am the General Counsel of International Mineral Resources B.V. ("IMR").

2.      I submit this Declaration in support of IMR's *Ex Parte* Application for an Order Under 28 U.S.C. § 1782 Permitting IMR to Issue a Subpoena for the Taking of a Deposition and the Production of Documents from Rinat Akhmetshin.

3.      I am familiar with the facts set forth in this Declaration, either from personal knowledge or on the basis of documents that have been provided to me.  Insofar as they are within my own knowledge, the facts and matters testified to are true to the best of my own knowledge and belief.  Because this Declaration is being submitted for a specific legal purpose, the information provided in the Declaration does not include every single fact that I know that may be pertinent to this subject matter.

4.      IMR is a private limited liability company organized under the laws of the Netherlands that regularly invests in the mining and metal industries.

1

5.      IMR holds a 48% interest in Shaft Sinkers Holdings PLC, a publicly listed company on the London Stock Exchange, which in turn is the sole shareholder in a South African-incorporated shaft-sinking company named Shaft Sinkers (Proprietary) Limited ("Shaft Sinkers").

6.      Prior to its listing, IMR held a 54% interest in Shaft Sinkers Holdings PLC.

7.      The same shareholders who ultimately own IMR were former owners of Eurasian Natural Resources Corporation PLC ("ENRC"), and are now minority shareholders in the delisted successor group now known as Eurasian Resources Group.

8.      EuroChem claims to be Russia's largest producer of mineral fertilizers.

9.      From 2007 to 2011, EuroChem, by its wholly-owned subsidiary, EuroChem Volga-Kaliy LLC ("ECVK"), engaged Shaft Sinkers to design and construct a mine shaft as part of a mining project near the Russian town of Kotelnikovo where EuroChem has the rights to mine a subterranean potash deposit.

10.     In early 2013, IMR personnel began to suspect that its computer systems had been hacked, so the company initiated an investigation.

11.     In the course of the investigation, IMR received a thumb drive from its outside investigators, GlobalSource, containing more than 28,000 files belonging to IMR and associated individuals and entities.

12.     The files on the thumb drive included confidential and highly sensitive personal and commercial information, including passport information, emails, and personal contact lists for executives within IMR and associated entities; IMR bank account information, loan agreements, strategy documents, and board meeting minutes; emails and wire transfers related to

Shaft Sinkers's employees and subsidiaries; and highly confidential internal documents from ENRC.

13.     The files on the thumb drive also contained numerous folders of documents relating to the ECVK legal proceedings and privileged attorney-client communications related to those proceedings.

14.     An analysis of the data showed that the files were extracted from the computer servers of multiple individuals and from different companies' servers.

15.     Based on the disparate nature of the files on the thumb drive, which pertain to numerous employees at multiple companies, and which would have been stored on separate servers, I believe that they could only have been obtained by way of illegal hacking.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in London, on 26th March, 2014.

Tadeusz Jarmolkiewicz

witnessed by :

Name: Ram Iyer
Title: Director
Address: 35 Portman Square,
London W1H 6LR,
England

4