UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE:

APPLICATION OF INTERNATIONAL MINERAL RESOURCES B.V. FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782

Applicant.

Case No. _____

**DECLARATION OF JONATHAN D. COGAN**

# EXHIBIT R

# EXHIBIT A

[Page 1]

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - -X

IN RE:                          )

                                ) 1:14-MC-00340 GK

APPLICATION OF INTERNATIONAL    ) JUDGE KESSLER

MINERAL RESOURCES, B.V. FOR AN  )

ORDER TO TAKE DISCOVERY         )

PURSUANT TO 28 U.S.C. 1782,     )

          Applicant.            )

- - - - - - - - - - - - - - - - -X


(CONFIDENTIAL PORTIONS NOT INCLUDED)


Videotaped Deposition of RINAT AKHMETSHIN

Washington, D.C.

Tuesday, April 7, 2015

9:41 a.m.


Job No.   141469

Pages:    1 - 274

Reported by:  Dana C. Ryan, RPR, CRR

[Page 2]

1     Videotaped Deposition of RINAT
2  AKHMETSHIN, held at the law offices of:
3
4           Kobre & Kim LLP
5           1919 M Street, Northwest
6           Suite 400
7           Washington, D.C. 20036
8           (202) 664-1900
9
10
11
12
13
14
15      Pursuant to agreement, before Dana C. Ryan,
16  Registered Professional Reporter, Certified
17  Realtime Reporter and Notary Public for the
18  District of Columbia.
19
20
21
22
23
24
25

[Page 3]

```
 1            A P P E A R A N C E S

 2

 3       ON BEHALF OF IMR:

 4            JONATHAN D. COGAN, Esquire

 5            REBECCA G. MANGOLD, Esquire

 6            Kobre & Kim LLP

 7            800 Third Avenue

 8            New York, New York 10022

 9            Telephone:   (212) 488-1200

10            Email: jonathan.cogan@kobrekim.com

11            Email: rebecca.mangold@kobrekim.com

12

13                    - and -

14

15            FRITZ SCANLON, Esquire

16            Kobre & Kim LLP

17            1919 M Street, Northwest

18            Suite 400

19            Washington, D.C. 20036

20            Telephone:   (202) 664-1900

21            Email: fritz.scanlon@kobrekim.com

22

23

24

25
```

[Page 4]

1      A P P E A R A N C E S   C O N T I N U E D

2

3        ON BEHALF OF THE DEPONENT:

4            KIM HOYT SPERDUTO, Esquire

5            Sperduto Thompson PLC

6            1133 Twentieth Street, Northwest

7            Second Floor

8            Washington, D.C. 20036

9            Telephone:  (202) 408-8900

10           Email: ksperduto@sperdutothompson.com

11

12

13       Also Present:

14           Mikko Goodhill, Videographer

15           Maksim Kuzmin, IMR's Russian Counsel

16

17

18

19

20

21

22

23

24

25

1  general description, so there's -- because there's

2  a lot of legal activity happening in London with

3  the stock exchange and other things.  The due

4  diligence is being done; there's a certain

5  informal kind of exchange, barter, of information

6  which is connected to pretty much everything.

7           I'm aware of Russian situation matters,

8  but I'm sure there's some Nigerian stuff going on

9  that's -- like every where else.

10          So I must say that there's -- in

11 addition to information, there's a lot of

12 misinformation and a lot -- a lot of forgeries as

13 well, actually, that's circulating.

14          So people -- it's -- it's very

15 informal, and it's not an entity which kind of

16 guarantees any kind of accuracy of those.

17      BY MR. SPERDUTO:

18      Q    When you say "barter," what do you --

19 what do you mean by that?

20      A    Barter means nonmonetary exchange.

21 People doing favors for each other.

22      Q    And the -- the coin of the realm is

23 information; is that correct?

24      A    It is information, yes.

25      Q    Then -- and -- and do you participate